# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **NEW ENCHANTMENT, L.L.C.**, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**THE JOURNEY SPA & WELLNESS CENTER, INC.**, a California corporation,<br><br>Defendant.<br>**AND COUNTERCLAIMS** | Case No.  SACV 12-1382 JGB (RNBx)<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41** |

    Having reviewed and considered the Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) signed and submitted by counsel for all parties to this action, it is hereby

    ORDERED that this action is DISMISSED, and

    IT IS FURTHER ORDERED that this dismissal shall have no effect on the Permanent Injunction entered by the Court on February 3, 2014 (Docket No. 65), which injunction shall remain in effect, and Plaintiff New Enchantment, L.L.C. shall retain all legal and equitable rights to enforce the injunction.

Dated:   May 9, 2014                    By: _____
                                                               Jesus G. Bernal
                                                             United States District Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER OF DISMISSAL
SACV 12-1382 JGB (RNBx)

AFDOCS/10963922.1